

Jason Engel <jengel@kiernantrebach.com>

# RE: [EXTERNAL] Re: Robinson: Depos Tomorrow
1 message

**Honick, Allen** <AHonick@wtplaw.com>  Thu, Apr 8, 2021 at 11:52 AM
To: "jengel@kiernantrebach.com" <jengel@kiernantrebach.com>, Merrilyn Ratliff <merrilyn.ratliff@maryland.gov>, "Daneman, David" <DDaneman@wtplaw.com>, Ariel Lichterman -DPSCS- <ariel.lichterman@maryland.gov>

Jason – we do not have any depositions scheduled for tomorrow. I responded to you earlier this week about Dr. Pytlewski's deposition and explained that we cannot proceed until we have complete discovery responses from MHM (see attached email).

Regarding the minor children's depositions, I advised you on March 18th that the children were available on 4/5, 7, or 9 after 1 p.m. You advised that you were only available on 4/9 and asked if we could start in the morning. I responded and advised that the children are not available before 1 p.m. You never responded to that email (see attached email string).

Separately, please let us know when we can expect MHM's supplemental Responses and supplemental document production, which you promised to us several weeks ago.

Best,

Allen



**Allen E. Honick** | *Associate*

7 St. Paul Street | Baltimore, MD | 21202-1636

t:  410.659.6420 | f:  410.223.4179

ahonick@wtplaw.com | www.wtplaw.com

WTP is a proud member of two global law firm networks.

 

-----Original Message-----
From: jengel@kiernantrebach.com <jengel@kiernantrebach.com>
Sent: Thursday, April 08, 2021 7:31 AM
To: Merrilyn Ratliff <merrilyn.ratliff@maryland.gov>; Honick, Allen <AHonick@wtplaw.com>; Daneman, David <DDaneman@wtplaw.com>; Ariel Lichterman -DPSCS- <ariel.lichterman@maryland.gov>
Subject: [EXTERNAL] Re: Robinson: Depos Tomorrow

Everyone:

Are we still on for the depositions tomorrow?  If so, which plaintiffs/minor plaintiffs are being deposed and when.

Thanks.

Jason

Sent from my iPhone

---

This transmission contains information from the law firm of Whiteford, Taylor & Preston LLP which may be confidential and/or privileged. The information is intended to be for the exclusive use of the planned recipient. If you are not the intended recipient, be advised that any disclosure, copying, distribution or other use of this information is strictly prohibited. If you have received this transmission in error, please notify the sender immediately.

---------- Forwarded message ----------
From: "Honick, Allen" <AHonick@wtplaw.com>
To: Jason Engel <jengel@kiernantrebach.com>
Cc: "Merrilyn Ratliff (merrilyn.ratliff@maryland.gov)" <merrilyn.ratliff@maryland.gov>, "Daneman, David" <DDaneman@wtplaw.com>
Bcc:
Date: Tue, 6 Apr 2021 14:59:57 +0000
Subject: RE: [EXTERNAL] Re: Robinson v. Pytlewski - MHM Supplemental Discovery

Jason – sorry for the delayed response.  We will not be deposing Drs. Pinn and Pytlewski until we have complete discovery responses from the State and MHM.  So no deposition this week.

Thanks,

Allen



**Allen E. Honick** | *Associate*

7 St. Paul Street | Baltimore, MD | 21202-1636

t:  410.659.6420 | f:  410.223.4179

ahonick@wtplaw.com | www.wtplaw.com

WTP is a proud member of two global law firm networks.

 

**From:** Jason Engel <jengel@kiernantrebach.com>
**Sent:** Tuesday, April 06, 2021 6:59 AM
**To:** Honick, Allen <AHonick@wtplaw.com>
**Cc:** Merrilyn Ratliff (merrilyn.ratliff@maryland.gov) <merrilyn.ratliff@maryland.gov>; Daneman, David <DDaneman@wtplaw.com>
**Subject:** [EXTERNAL] Re: Robinson v. Pytlewski - MHM Supplemental Discovery

Allen:

Since I have not received a deposition notice and you have not responded to my email below, I am letting Dr. Pytlewski know that he will not be deposed this week.

We can figure out some mutually agreeable time in the future for Dr. Pytlewski to be deposed.

Thanks.

Jason

Sent from my iPhone

> On Apr 1, 2021, at 10:58 AM, Jason Engel <jengel@kiernantrebach.com> wrote:
>
> Allen,
>
> I'm expecting to find out if we have responsive emails by Tuesday. Please note that the state already produced responsive emails from Dr. Pytlewski with his state issued email address. Dr Pytlewski found no other emails that are discoverable (aside from privledged attorney client communications/work product). The emails I am currently having searched are his Centurion emails. Please let me know if you want to proceed with Dr. Pytlewski's deposition next week. Dr. Plytlewski's schedule is relatively flexible if you want to push the deposition back.
>
> We are also in the process of responding to each of the issues raised in your letter from earlier this month regarding my client's discovery responses.
>
> Please advise and thanks.
>
> Jason
>
> Sent from my iPhone

On Mar 29, 2021, at 3:19 PM, Honick, Allen <AHonick@wtplaw.com> wrote:

Jason – good afternoon.  Please let us know when you will be sending MHM's supplemental responses and document production/privilege log.  This is a good faith attempt to resolve a discovery dispute.

Thanks,

Allen

<image001.jpg>

**Allen E. Honick** | *Associate*

7 St. Paul Street | Baltimore, MD | 21202-1636

t:  410.659.6420 | f:  410.223.4179

ahonick@wtplaw.com | www.wtplaw.com

<image002.png>

---

This transmission contains information from the law firm of Whiteford, Taylor & Preston LLP which may be confidential and/or privileged. The information is intended to be for the exclusive use of the planned recipient. If you are not the intended recipient, be advised that any disclosure, copying, distribution or other use of this information is strictly prohibited. If you have received this transmission in error, please notify the sender immediately.

<mime-attachment>

---------- Forwarded message ----------
From: "Honick, Allen" <AHonick@wtplaw.com>
To: Jason Engel <jengel@kiernantrebach.com>
Cc: "Merrilyn Ratliff (merrilyn.ratliff@maryland.gov)" <merrilyn.ratliff@maryland.gov>, Ariel Lichterman -DPSCS- <ariel.lichterman@maryland.gov>, "Daneman, David" <DDaneman@wtplaw.com>
Bcc:
Date: Thu, 18 Mar 2021 17:45:44 +0000
Subject: RE: [EXTERNAL] Re: Robinson v. Pytelwski, et al. - Ongoing Matters

The children are not available before 1 p.m.



**Allen E. Honick** | *Associate*

7 St. Paul Street | Baltimore, MD | 21202-1636

t:  410.659.6420 | f:  410.223.4179

ahonick@wtplaw.com | www.wtplaw.com



**From:** Jason Engel <jengel@kiernantrebach.com>
**Sent:** Thursday, March 18, 2021 12:43 PM
**To:** Honick, Allen <AHonick@wtplaw.com>
**Cc:** Merrilyn Ratliff (merrilyn.ratliff@maryland.gov) <merrilyn.ratliff@maryland.gov>; Ariel Lichterman -DPSCS- <ariel.lichterman@maryland.gov>; Daneman, David <DDaneman@wtplaw.com>
**Subject:** [EXTERNAL] Re: Robinson v. Pytelwski, et al. - Ongoing Matters

I am now only available April 9th.  Can we start in the morning so that we can knock out multiple depositions on that day.

Thanks.

On Thu, Mar 18, 2021 at 1:36 PM Honick, Allen <AHonick@wtplaw.com> wrote:
> Jason – just following up on the minor children's depositions.  April 5, 7, or 9 after 1 p.m. work.  Please let me know which date works for you.
>
> Thanks,
>
> Allen
>
> 
>
> **Allen E. Honick** | *Associate*
>
> 7 St. Paul Street | Baltimore, MD | 21202-1636
>
> t:  410.659.6420 | f:  410.223.4179
>
> ahonick@wtplaw.com | www.wtplaw.com
>
> 

**From:** Honick, Allen
**Sent:** Tuesday, March 09, 2021 12:26 AM
**To:** Jason Engel <jengel@kiernantrebach.com>
**Cc:** Merrilyn Ratliff (merrilyn.ratliff@maryland.gov) <merrilyn.ratliff@maryland.gov>; Ariel Lichterman -DPSCS- <ariel.lichterman@maryland.gov>; Daneman, David <DDaneman@wtplaw.com>
**Subject:** Robinson v. Pytelwski, et al. - Ongoing Matters

Jason – responding to your earlier email (below):

We sent you the deficiency letter on March 2nd because we only received your written Responses on February 23, 2021 (to RFPs served on 9/22/20. The RFPs clearly encompass the documents for which your client is now searching. Many of your Responses raised the peer review privilege as the basis (at least in part) for withholding documents (without a privilege log). The Plaintiffs have had to depose several individuals without the benefit of a complete discovery production from MHM. We cannot prepare for and depose Drs. Pinn and Pytlewski without MHM's complete Responses and supplemental document production.

Simply put, we have to protect our clients' interests and alert the Court vis-à-vis informal letter (per the Letter Order of 6/9/20, ECF 42) of this ongoing discovery dispute. Hopefully, MHM provides us with complete Responses/supplemental production and we can avoid filing a motion to compel. That said, we still have no assurance from MHM regarding a timeline for its supplemental discovery, nor do we have an assurance that the Court will grant a 60-day extension of the Scheduling Order. We are also concerned about the completeness of MHM's supplemental production given its delay in formally responding and given its (seeming) refusal to produce anything but its malpractice insurance policy and 100 pages of various internal protocols. In other words, we have no assurance that we will not be back in this same position (i.e. deficient production) once MHM supplements its discovery. Further still, the Plaintiffs do not have the benefit of full document discovery as we proceed through crucial depositions.

It is never our intention to engage in motions practice during discovery unless absolutely necessary. We will continue to work with you as you compile MHM's supplemental Responses. But we also have to protect our clients' interests, especially with important depositions occurring over the next few weeks and with time quickly running out.

**Separately**:

Merrilyn and Jason – just to confirm the upcoming deposition schedule:

3/10	Dr. Clem – 1 p.m.

3/16	Dr. Baucom (time to be determined – proposed 10-1)

3/26	Dr. Pinn (time to be determined – we would propose beginning at 10 a.m.)

4/8	Dr. Pytlewski (time to be determined – we would propose beginning at 10 a.m.)

4/5, 7, or 9	Minor Children Plaintiffs (time to be determined in the afternoon)

We are still working on dates for the remaining fact witnesses you have requested for deposition.

Please let me know if this is correct.  Please also let me know if 10 a.m. works as a start time for Drs. Pinn and Pytlewski's depositions.

Thanks,

Allen



**Allen E. Honick** | *Associate*

7 St. Paul Street | Baltimore, MD | 21202-1636

t:  410.659.6420 | f:  410.223.4179

ahonick@wtplaw.com | www.wtplaw.com




David:

I did not get a letter from Plaintiffs until March 2nd regarding supplementing Defendant's responses.   I do not agree with your assertion that the documents you are seeking now should have been something my client should have been looking for previously.  I will respond to the substance of your March 2nd letter after speaking with my client.

Why are you alerting the court of your concerns?   It seems premature.  Why not simply file a Joint Motion to Extend stating that we still have "x" amount of depositions to conduct and there may be additional documents that will be produced.  That should be sufficient for the Court to extend the discovery and dispositive motions deadlines.

After working through any outstanding discovery sought by any of the parties, if there is truly a dispute, we can raise it with the Court.  I do not want to engage in unnecessary motions practice over a motion to extend deadlines.

Thanks.

Jason

> This transmission contains information from the law firm of Whiteford, Taylor & Preston LLP which may be confidential and/or privileged. The information is intended to be for the exclusive use of the planned recipient. If you are not the intended recipient, be advised that any disclosure, copying, distribution or other use of this information is strictly prohibited. If you have received this transmission in error, please notify the sender immediately.

--

**Jason Engel**

**Kiernan Trebach LLP**

1233 20th Street, NW, 8th Floor

Washington, DC 20036

T 202-712-7000

F 202-712-7100

www.KiernanTrebach.com [kiernantrebach.com]

This message and any files or attachments transmitted herewith contain CONFIDENTIAL INFORMATION and is (are) intended only for the named addressee(s). It may be protected by the attorney-client privilege, attorney-work product or other doctrines. If you received this email message in error, please immediately notify the sender by telephone or email and destroy or delete the original message with copying. Please do not publish, copy or circulate this message.

**2 attachments**

📄 **RE: [EXTERNAL] Re: Robinson v. Pytlewski - MHM Supplemental Discovery.eml**
74K

📄 **RE: [EXTERNAL] Re: Robinson v. Pytelwski, et al. - Ongoing Matters.eml**
96K