IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **ARLINDA ROBINSON,** *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Case No.: DLB-19-1025 |
| **DAVID PYTLEWSKI,** *et al.*, | * | |
| Defendants. | * | |

**ORDER**

For the reasons stated in the memorandum opinion issued this same date, it is this 30th day of June, 2022 hereby ORDERED that Defendants' Motion for Reconsideration, to Strike Plaintiff's Amended Complaint, or, in the Alternative, to Certify the Issue for Appeal under 28 U.S.C. § 1292(b), ECF 83, is DENIED.

_____
Deborah L. Boardman
United States District Judge